## BANK OF NEW HAVEN *v.* INTERSTATE INVESTMENT ASSOCIATES ET AL.
### (14583)

Lavery, Spear and Hennessy, Js.

Submitted on briefs November 6—decision released November 28, 1995

*Lawrence A. Dubin* filed a brief for the appellants (defendants).

*Kenneth J. Papa* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.